ACCEPTED
01-15-00210-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 12:45:05 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00210-CV

*IN THE*

*FIRST COURT OF APPEALS*

*HOUSTON, TEXAS*

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 12:45:05 PM
CHRISTOPHER A. PRINE
Clerk

FRANCISCO CALLEJA-AHEDO
Appellant

V.

COMPASS BANK
Appellee

On Appeal from the 55th District Court
Harris County, Texas.

Trial Cause No. 2014-22168

**AGREED MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW, Appellant Francisco Calleja-Ahedo and files this first motion for extension of time to file his Appellant's Brief and would show:

Appellant's Brief is due on June 11, 2015. This is the first request for extension, although a prior motion was denied as premature based on the erroneous assumption that Appellant's Brief was due earlier. Mr. O'Connor was hospitalized in March for eight days and underwent three procedures to stabilize his heart. Subsequently, Mr.

O'Connor was again in the hospital for eleven days during the first half of May with pneumonia and continued heart complications. He still has not been cleared by his cardiologist and may have to reenter the hospital soon to implant a pacemaker. Mr. O'Connor is presently restricted in his work and other activities and cannot complete the brief by June 11, 2015. *See* doctor's letter attached hereto. Appellant's attorneys have been unable to complete Appellant's Brief under such circumstances, which requires dealing with numerous issues and record review.

WHERFORE, Appellant requests a forty-five (45) day extension to file Appellant's Brief.

Respectfully submitted,

**O'CONNOR, CRAIG, GOULD & EVANS**

By: /s/ Michael C. O'Connor
      Michael C. O'Connor
      State Bar No. 15187000

      Lesley C. O'Connor
      State Bar No. 24086952
      2500 Tanglewilde, Suite 222
      Houston, Texas 77063
      (713) 266-3311
      (713) 953-7513 (Fax)

      **ATTORNEYS FOR PLAINTIFF**
      **FRANCISCO CALLEJA-AHEDO**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he has conferenced by telephone with Michael D. Conner, attorney for Appellee, who agrees with this Motion.

By: /s/ Michael C. O'Connor
Michael C. O'Connor

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record by electronic service or telefax in accordance with Rule 21a on this 10th day of June, 2015

/s/ Michael C. O'Connor
Michael C. O' Connor